UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAM UKA, LUIZA UKA, FLYING EAGLES DAYCARES, and ILIRIA GOURMET RESTAURANT, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 4:06-CV-29 CAS |
| v. | ) ) | |
| MAMA'S BAR & GRILL RESTAURANT, SHQIPE REXHA, KUJTIM REXHA, BLENARD REXHA, and HELENA REXHA, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiffs' claims under 42 U.S.C. § 1983 are **DISMISSED without prejudice** as premature under Heck v. Humphrey, 512 U.S. 477 (1994).

**IT IS FURTHER ORDERED** that plaintiffs' federal law claims for sexual assault, RICO violations, and obstruction of the administration of justice are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that plaintiffs' state law claims are **DISMISSED without prejudice**. See 28 U.S.C. § 1367(c)(3).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  23rd  day of June, 2006.